IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Alexander Grinis, Michael Gordon

and Angel Soliz, on behalf of themselves

those similar situated

    PETITIONERS

v.

Stephen Spaulding Warden

OF Federal Medical Center Devens,

and Michael CARVAJAL, Director

in their official Capacities

    RESPONDENT           Case#1:20-CV-10738-GAO

MOTION REQUESTING THAT THE DISTRICT COURT ADD'S

CHARLES NEWTON AS A CLASS MEMBER IN THE ABOVE CAPTIONED MATTER

    Now comes Charles Newton, a similar situated inmate at the Federal Medical Center Devens MA, requesting that he be added as a "class member" because he is qualified for Home Confinement because of the same reasons as the "Petitioners" which is his age and underlying health issues, but was not selected by the FMC staff.

He states that he is at risk of contracting the virus, COVID-19 which could be fatal to him, in support of his class status, he states the following:

Name:             Charles Newton

ID #              05248-070

ETHNICITY:        Caucasian
RISK FACTORS      Care level II, with High Blood Pressure and Asthma
AGE               42 years old

TIME SERVED       79% of statutory sentence and 68% of gross sentence

RELEASE ADDRESS   17 Rhodes St., Riverside, RI, 02915

PHONE #           401-390-4985

PATTERN SCORE     medium

WHEREFORE, Charles ask that this court grants him Class Member Status and respectfully ask that the court grants him relief by ordering that the Bureau of prison transfers' him to serve the remainder of his sentence in Home Confinement. Respectfully Submitted,

Charles Newton,
Federal Medical Center Devens, MA
PO Box 879

Ayer MA, 01432

April 16, 2020

## CERTIFICATE OF SERVICE

I Charles Newton certify that on April 16, 2020 I mailed a copy of this motion and supporting documents to the clerk of courts for filing and the government, the petitioner's and their attorneys will be notified electronically through Pacer.

Respectfully

*/s/ Charles Newton*

Charles Newton

April 16, 2020