UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER GRINIS, MICHAEL GORDON, and ANGEL SOLIZ, on behalf of themselves and those similarly situated,<br>　　　　*Petitioners*,<br>　　　　　v.<br>STEPHEN SPAULDING, Warden of Federal Medical Center Devens, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>　　　　*Respondents*. | No. 20-cv-10738-GAO |

**ASSENTED-TO MOTION FOR LEAVE TO FILE EXCESS PAGES**

Petitioners, with the assent of counsel for Respondents, respectfully request leave to file a Reply in excess of 20 pages to Respondents' Omnibus Response to Petition for Writ of Habeas Corpus and Opposition to Petitioner's Motion for Immediate Bail and Injunctive and Declaratory Relief ("Omnibus Response") [D.E. 32].

As grounds for this motion, Petitioners state:

1.　On April 22, 2020, Respondents filed their 47-page Omnibus Response, along with supporting declarations from BOP officials.

2.　The Omnibus Response addressed factual allegations in the Petition and opposed Petitioner's motions for preliminary injunctive relief [D.E. 3] and class certification [D.E. 5].

1

3. In addition, the Omnibus Response raised certain jurisdictional and other purported dispositive arguments to urge dismissal of the Petition.

4. Petitioners intend to file a Reply by the morning of Monday, April 27, in order to address the dispositive arguments raised for the first time in the Omnibus Response, to apprise the Court of factual developments, and also to address briefly the Respondents' arguments in opposition to the motions for preliminary relief and class certification. It would be most efficient to combine those elements into a single document that tracks the Omnibus Response.

5. The Reply will assist the Court to frame and narrow the issues in advance of the hearing on Monday afternoon.

WHEREFORE, the request for leave to file additional pages should be granted.

Respectfully submitted,

ALEXANDER GRINIS, MICHAEL GORDON, ANGEL SOLIZ,
and others similarly situated,

By their attorneys,

| | |
|---|---|
| */s/ William W. Fick* | |
| William W. Fick, BBO# 650562 | Matthew R. Segal, BBO# 654489 |
| Daniel N. Marx, BBO# 674523 | Jessie J. Rossman, BBO #670685 |
| Amy Barsky, BBO# pending | ACLU FOUNDATION |
| FICK & MARX LLP | OF MASSACHUSETTS, INC. |
| 24 Federal Street, 4th Floor | 211 Congress Street |
| Boston, MA  02210 | Boston, MA  02110 |
| 857-321-8360 | (617) 482-3170 |
| *wfick@fickmarx.com* | *msegal@aclum.org* |
| *dmarx@fickmarx.com* | *jrossman@aclum.org* |
| *abarsky@fickmarx.com* | |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, William W. Fick, certify that I conferred with counsel for Respondents, who assented to the relief requested in this motion.

*/s/ William W. Fick*

## **CERTIFICATE OF SERVICE**

I, William W. Fick, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2020.

*/s/ William Fick*