UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER GRINIS, MICHAEL GORDON, and ANGEL SOLIZ, on behalf of themselves and those similarly situated,<br>*Petitioners*,<br>v.<br><br>STEPHEN SPAULDING, Warden of Federal Medical Center Devens, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>*Respondents*. | No. 20-cv-10738-GAO |

## RESPONSE TO RESPONDENTS' MOTION TO CONSOLIDATE

Petitioners respectfully submit this response to Respondents' Motion to Consolidate [D.E. 44]. Respondents correctly state that Petitioners take no position on the Motion to Consolidate. However, it is important to note that Respondents have mischaracterized the relief that Petitioners seek.

To be clear, Petitioners are *not* seeking "release from incarceration for *themselves*, and for *all putative class members*…" Mot. at 1 (emphasis added). Rather, Petitioners seek to require a reduction of the overall prisoner population of FMC Devens sufficient to permit effective social distancing in compliance with CDC guidelines. Thus, in contrast to the listed individual habeas petitions expressly seeking release of the named petitioners, this action does *not* seek the release of any *particular* prisoner, so long as the facility population is reduced to reasonably protect the safety of those who are released and those who remain as well as the staff and surrounding community.

The BOP has a broad mandate and authority from Congress and Attorney General Barr to reduce facility populations to protect against COVID-19 using available mechanisms such as

1

compassionate release, furloughs, and transfers to home confinement. The BOP's establishment of arbitrary criteria that have the effect of rendering nearly the entire population "ineligible" for any of these measures constitutes deliberate indifference to the advancing pandemic threat.

Respectfully submitted,

ALEXANDER GRINIS, MICHAEL GORDON, ANGEL SOLIZ,
and others similarly situated,

By their attorneys,

    /s/ William W. Fick
| | |
|---|---|
| William W. Fick, BBO# 650562 | Matthew R. Segal, BBO# 654489 |
| Daniel N. Marx, BBO# 674523 | Jessie Rossman, BBO# 670685 |
| Amy Barsky, BBO# 601111 | ACLU FOUNDATION |
| FICK & MARX LLP | OF MASSACHUSETTS, INC. |
| 24 Federal Street, 4th Floor | 211 Congress Street |
| Boston, MA  02210 | Boston, MA  02110 |
| 857-321-8360 | (617) 482-3170 |
| *wfick@fickmarx.com* | *msegal@aclum.org* |
| *dmarx@fickmarx.com* | *jrossman@aclum.org* |
| *abarsky@fickmarx.com* | |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2020.

                                              */s/ William Fick*