# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER GRINIS, MICHAEL GORDON, and ANGEL SOLIZ, on behalf of themselves and those similarly situated,<br>    *Petitioners*,<br>            v.<br>STEPHEN SPAULDING, Warden of Federal Medical Center Devens, and MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, in their official capacities,<br>    *Respondents*. | No. 20-cv-10738-GAO |

## MOTION TO SUBSTITUTE NAMED PETITIONER

Named Petitioners Michael Gordon and Angel Soliz, on behalf of themselves and others similarly situated, respectfully move to substitute Pablo Rivera, a prisoner in the FMC Devens "Camp," as a named petitioner and proposed class representative, in place of Alexander Grinis, who was released from the Camp on May 5, 2020, pursuant to a grant of "compassionate release" in his underlying criminal case. A declaration from Mr. Rivera is attached hereto.

The government opposes this motion, indicating that it does not believe any class should be certified and that it is unable at this juncture to assess whether Mr. Rivera would be an appropriate class representative.

1

Respectfully submitted,

MICHAEL GORDON, ANGEL SOLIZ,
and others similarly situated,

By their attorneys,

| | |
|---|---|
| */s/ William W. Fick* | |
| William W. Fick, BBO# 650562 | Matthew R. Segal, BBO# 654489 |
| Daniel N. Marx, BBO# 674523 | Jessie J. Rossman, BBO #670685 |
| Amy Barsky, BBO# pending | ACLU FOUNDATION |
| FICK & MARX LLP | OF MASSACHUSETTS, INC. |
| 24 Federal Street, 4th Floor | 211 Congress Street |
| Boston, MA 02210 | Boston, MA 02110 |
| 857-321-8360 | (617) 482-3170 |
| *wfick@fickmarx.com* | *msegal@aclum.org* |
| *dmarx@fickmarx.com* | *jrossman@aclum.org* |
| *abarsky@fickmarx.com* | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, William W. Fick, certify that on May 12, 2020, I conferred in good faith with AUSA Eve Piemonte to discuss whether it would be possible to resolve or narrow the issues that this Motion presents.

*/s/ William W. Fick*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2020.

*/s/ William Fick*